■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LESLIE BROWN, Appellant. [610 NYS2d 804] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Robinson, J.), rendered March 16, 1992, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the trial court erred by refusing to give a missing witness charge with respect to the undercover officer's so-called "ghost" is without merit. The People established that the uncalled officer's testimony would have been cumulative (see, People v Gonzalez, 68 NY2d 424;

*People v Tate,* 199 AD2d 291; *People v Morris,* 168 AD2d 464).
Rosenblatt, J. P., Ritter, Pizzuto and Altman, JJ., concur.